UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSE RAPHAL REYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00213-JAW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On July 26, 2022, the United States Magistrate Judge issued a decision recommending that the Court dismiss Jose Reyes' Complaint pursuant to a review under 28 U.S.C. § 1915.  *Recommended Decision After Preliminary Review* (ECF No. 5) (*Recommended Decision*); *see also Compl.* (ECF No. 1).  Mr. Reyes did not object to the Recommended Decision.

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 5) is hereby AFFIRMED.

2. It is further ORDERED that the Plaintiff's Complaint (ECF No. 1) be DISMISSED without prejudice.

SO ORDERED.

                                                  /s/ John A. Woodcock, Jr.
                                                  JOHN A. WOODCOCK, JR.
                                                  UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2022